# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

S.C. JOHNSON & SON, INC.,

        Plaintiff,

  -vs-                                     Case No. 06-C-675

ERIC LEE JENSEN,

        Defendant.

## ORDER

Defendant Eric Lee Jensen has moved for entry of judgment in his favor under the terms of the "Security Agreement and Self-Executing Contract," as well as for costs and fees for litigating this case, and the dismissal of the Complaint in this matter with prejudice, or, in the alternative, "removal" or transfer of this matter to the United States District Court for the Middle District of Florida. Having considered Defendant's motion, Plaintiff S.C. Johnson's Response, any reply, the documents already present in the Court file, and the arguments of counsel,

It is ORDERED and ADJUDGED:

1. That Defendant's motion is denied, in its entirety.

Dated at Milwaukee, Wisconsin, this 22nd day of August, 2006.

SO ORDERED,

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief Judge