# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

S.C. JOHNSON & SON, INC.,

           Plaintiff,

           Case No. 06-C-675

-vs-

ERIC LEE JENSEN,

           Defendant.

# ORDER

Plaintiff S. C. Johnson & Son, Inc. ("S. C. Johnson" or "Plaintiff") has moved, pursuant to Federal Rule of Civil Procedure 55, for Entry of Default and Default Judgment against defendant Eric Lee Jensen. Having considered that motion, the Memorandum in Support of Plaintiff's Motion for Entry of Default and Default Judgment, the documents already present in the Court file, and the arguments of counsel,

It is ORDERED and ADJUDGED:

1. that Default Judgment may be entered against Defendant pursuant to Rules 55(a) and 55(b) of the Federal Rules of Civil Procedure;

2. that U.S. Patent No. 5,873,193 is not and has not been infringed by S. C. Johnson & Son, Inc.;

3. that Defendant and all acting for or on his behalf are permanently enjoined from asserting in any manner to anyone that S.C. Johnson & Son, Inc. has infringed U.S. Patent No. 5,873,193;

4. that this case is an exceptional case under 35 U.S.C. § 285 and that S.C. Johnson & Son, Inc. is therefore awarded its reasonable attorney fees, costs, and expenses herein; and

5. that S. C. Johnson has 20 days following receipt of this Order to submit an affidavit setting forth the costs, expenses and disbursements that it incurred in connection with this case.

Dated this 22nd day of August, 2006.

                                                s/ Rudolph T. Randa

                                                Chief Judge Rudolph T. Randa