# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

S.C. Johnson & Sons, Inc.

V.

Eric Lee Jensen

CASE NUMBER:    06-C-675

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came before the Court. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED pursuant to 35 U.S.C. Section 284, S.C. Johnson is AWARDED $41,137.90 in expenses and attorney fees against Jensen. Such award consists of: 1) $6,472.45 which S.C. Johnson incurred for work done by McCracken; and, 2) $34,665.45 which S.C. Johnson incurred for work done by Foley.

      This action is dismissed.

October 18, 2006

*Date*

Sofron B. Nedilsky

*Clerk*

*/s/ R. Torcivia*

*(By) Deputy Clerk*